**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____    Chapter    11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **LifeBack Law Firm, P.A.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FKA  Kain & Scott, P.A.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **03-0543297** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **13 7th Avenue South** <br> **Saint Cloud, MN 56301** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Stearns** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.lifebacklaw.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **LifeBack Law Firm, P.A.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5411__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **LifeBack Law Firm, P.A.**                    Case number (*if known*) _____
Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☐ ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

| ■ | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Note: Estimated Assets row — $1,000,001 - $10 million is checked (■).

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor      **LifeBack Law Firm, P.A.**                                    Case number (*if known*) _____
            Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **LifeBack Law Firm, P.A.**_____    Case number (*if known*)_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2024**_____
MM / DD / YYYY

X **/s/ Wesley W. Scott**_____    **Wesley W. Scott**_____
Signature of authorized representative of debtor    Printed name

Title    **President**_____

**18. Signature of attorney**

X **/s/ JOHN D. LAMEY III**_____    Date    **April 28, 2024**_____
Signature of attorney for debtor    MM / DD / YYYY

**JOHN D. LAMEY III 0312009**_____
Printed name

**LAMEY LAW FIRM, P.A.**_____
Firm name

**980 INWOOD AVE N**
**OAKDALE, MN 55128-7094**_____
Number, Street, City, State & ZIP Code

Contact phone    **651.209.3550**_____    Email address    **JLAMEY@LAMEYLAW.COM**_____

**0312009 MN**_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **LifeBack Law Firm, P.A.**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 28, 2024**         X **/s/ Wesley W. Scott**
                                              Signature of individual signing on behalf of debtor

                                              **Wesley W. Scott**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **LifeBack Law Firm, P.A.**

United States Bankruptcy Court for the:   **DISTRICT OF MINNESOTA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BANK OF AMERICA PO BOX 982284 El Paso, TX 79998-2284** | | **Unsecured** | **Contingent** | | | **$20,000.00** |
| **Christina Irving c/o Matthew Tande Attorney 443 Old Highway 8 NW Ste 208** | | **Unsecured** | **Contingent Disputed** | | | **$0.00** |
| **Hoglund, Chwialkowski & Mrozik 1781 West County Road B PO Box 130938 Saint Paul, MN 55113** | | **Arbitration Award/ Judgment Pending** | | | | **$290,000.00** |
| **Jalen Burns 1295 Northland Dr Ste 250 Saint Paul, MN 55120** | | **Unsecured** | **Contingent Disputed** | | | **$0.00** |
| **John and Robin Bissette 1427 109th Ave NW Coon Rapids, MN 55433** | | **Unsecured** | **Contingent Disputed** | | | **$2,185.00** |
| **Kain + Henehan 703 W Saint Germain Saint Cloud, MN 56301-3534** | | **POSSIBLE CLAIM** | **Disputed** | | | **$0.00** |
| **Margaret Henehan 3703 34th Avenue South Minneapolis, MN 55406** | | **POSSIBLE CLAIM** | **Disputed** | | | **$0.00** |

Debtor    **LifeBack Law Firm, P.A.** _____    Case number *(if known)* _____
_____ Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PicRights International Inc Hudson Bay Centre 2 Bloor Street East Ste 3500 Toronto ON M4W 1A8 Canada** | | **Unsecured** | **Disputed** | | | **$2,000.00** |
| **Wesley W. Scott 3663 74th Street SE Clear Lake, MN 55319** | | **Non-Priority Wages** | | | | **$293,846.17** |
| **William P. Kain 2003 Pleasant Avenue Saint Cloud, MN 56303** | | **POSSIBLE CLAIM** | **Disputed** | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name    **LifeBack Law Firm, P.A.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................................    $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................................    $      **1,181,944.08**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................................................    $      **1,181,944.08**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **1,181,506.15**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................................    $      **293,846.17**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      **314,185.00**

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b    $      **1,789,537.32**

**Fill in this information to identify the case:**

Debtor name     **LifeBack Law Firm, P.A.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | $150.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Liberty Business Checking Account** | **Checking** | 0273 | $19,374.37 |
| 3.2. | **Liberty - File Fee Savings ($71,020.10)(File fees held in trust for clients; listed for informative purposes, not part of the bankruptcy estate)** | **Savings** | 4360 | $0.00 |
| 3.3. | **Liberty - PS Savings** | **Savings** | 1073 | $128,293.68 |
| 3.4. | **Bremer Bank - Checking** | **Checking** | 7118 | $7,091.00 |
| 3.5. | **Bremer Bank - Northern Integrity Checking** | **Checking** | 0598 | $85.00 |

Debtor  **LifeBack Law Firm, P.A.**                          Case number *(If known)* _____
_____
  Name

| | | | | |
|---|---|---|---|---|
| 3.6. | **Liberty - LLC Trust Account (not property of the debtor, client funds held in trust, balance $6222.66)** | Trust Account | 1792 | **$0.00** |
| 3.7. | **Blaze Credit Union** | Checking | 0100 | **$390.00** |
| 3.8. | **Blaze Credit Union Savings Account** | Savings | 0101 | **$10.03** |
| 3.9. | **Bremer Bank** | Savings | | **$0.00** |
| 3.10. | **Bremer Bank** | Savings | | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                          | **$155,394.08** |

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

7.1.  **Rental deposits owned on Minneapolis ($1150.00), St. Paul ($800) , and Duluth ($700) Leases. Firm has collected and hold in trust a deposit from firm tenant occupying our EP office (holding $1,100.00)(listed for informative purposes, not part of the bankruptcy estate). Total: $3,750.00.**                          **$2,650.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

8.1.  **Rental contract with tenant on debtor's Eden Prairie Location (Tenant has advised they will vacate space on April 30, 2024)**                          **$0.00**

9.    **Total of Part 2.**                                                          | **$2,650.00** |

      Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

Debtor    **LifeBack Law Firm, P.A.**
_____
Name

Case number *(If known)* _____

11b. Over 90 days old:  **1,118,945.00** - **139,945.00** =.... **$979,000.00**
_____   _____   _____
face amount       doubtful or uncollectible accounts

---

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$979,000.00** |

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                 % of ownership

| 15.1. | **Northern Integrity Collection Services, LLC** | **100** % | | **$0.00** |
|---|---|---|---|---|

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

| | |
|---|---|
| | **$0.00** |

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

| Debtor | **LifeBack Law Firm, P.A.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| copy paper, envelopes, postage, pens and pencils, clips and paperclipes, staples, post-its, markers, paper towels, toilet paper, coffee, cups, silverware, miscellaneous hand tools, tacs, nails, ladders (4ft, 6ft x 2, and 8ft), tape, sanitizer, soaps, tissue, business cards, several fans and several space heaters, Books, magazines, Bankruptcy Code books (new and old), miscellanous wall pictures and decor, miscellaneous seasonal decorations, pop, water, snacks, miscellaneous decorations; numerous clocks, 40+ waste baskets, numerous coat racks, numerous extension cords, cleaning products, numerous brooms and shovels, salt. Several coffee makers and Keurig coffee makers with 10 boxes of Keurig coffee/tea/hot chocolate cups. Boxes, folders, numerous shredders and mini-fridges, fullsize fridge, numerous scissors, calendars, and rubberbands. Desk pen/pencil holders and paper trays. Phone call log books. Legal pads; business cards for staff. Numerous battery and electric calculators. | | $0.00    Liquidation | $1,200.00 |

---

| 23. | **Total of Part 5.** | | $1,200.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    50.00    Valuation method    **Liquidation**    Current Value    10.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No

| Debtor | **LifeBack Law Firm, P.A.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Attorney and staff desks and chairs, lobby chairs, massage chairs, end tables, book shelves, lounge chairs and couches for 8 locations.** | $0.00 | Liquidation | $22,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software Computers (both desk (37) and lap top) numerous monitors, I pads, (35) PolyCom phones, all firm software. Chargers and cords; Numerous flat screen tv's mounted on walls inside offices.** | $0.00 | Liquidation | $19,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $41,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.   (see above entries)

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **LifeBack Law Firm, P.A.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Numerous mini-fridges, full size fridge, and several microwave ovens and toasters.**          $0.00          $400.00

51. **Total of Part 8.**          $400.00
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Debtor has leases on 8 locations in Minnesota (St. Cloud, Brainerd, Duluth, Maple Grove, Eden Prairie, Eagan, St. Paul, and Minneapolis) (Debtor to assume all leases on all 8 locations)** | Vendee's Interest | $0.00 | Liquidation | $0.00 |

56. **Total of Part 9.**          $0.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No

Debtor    **LifeBack Law Firm, P.A.**                                    Case number *(If known)* _____
_____
Name

☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets Trademarks for name, slogans, and monthly newsletter (Minnesota Bankruptcy Buzz); Copyright to book: "Filing Bankruptcy Sucks, Your Lawyer Should Not!"; and LifeBack Law Firm; Website; On hold music and statements.** | $0.00 | Liquidation | $1,000.00 |
| 61. | **Internet domain names and websites agostolawoffice.com baxterbankruptcy.com brainerdbankruptcy.com buffalomnbankruptcy.com detroitlakesbankruptcy.com elkriverbankruptcy.com hutchinsonbankruptcy.com kainandscott.com kainscott.com littlefallsbankruptcy.com lundkainscott.com maplegrovebankruptcy.com mnbankruptcy.net monticellobankruptcy.com sartellbankruptcy.com stcloud-bankruptcy.com stcloudbankruptcy.com wilmarbankruptcy.com lifebacklaw.com** | $0.00 | Liquidation | $500.00 |
| 62. | **Licenses, franchises, and royalties** | | | |

Debtor   **LifeBack Law Firm, P.A.**                                    Case number *(If known)* _____
Name

**Has a license to use:**

**(Debtor will assume all licenses)**

**Google Map Listings with reviews (8)**

**Google Adwords**
**Google Analytics**
**Google Search Console**
**ClickCease**
**Hubspot**
**CallRail**
**Lawmatics**
**BestCase**
**QuickBooks Desktop**
**QuickBooks Time**
**Zoom**
**TABS**
**PracticeMaster**
**ADOBE**
**Hubspot**
**Lawmatics**
**SnapEngage**
**Sales Messaging**
**Microsoft Suite**
**Signnow**
**Lexis Nexis**
**Callrail**
**Wistia**
**Abacus**
**Sage**
**CIN LEGAL (Stretto)**
**Lexcharge**
**Authorize**
**MCRO**
**Pacer**
**Kelly Blue Book**
**NDC**
**Email Sign In**
**Converting JPG to PDF**

| | | | |
|---|---|---|---|
| **Vast majority of these licenses are not transferrable.** | $0.00 | | $0.00 |
| 63. | **Customer lists, mailing lists, or other compilations** owns a list of Minnesota professionals (email addresses and names) and a list of former clients names and email addresses | $0.00 | | $200.00 |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** Good Will | $0.00 | Liquidation | $500.00 |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | $2,200.00 |

| Debtor | **LifeBack Law Firm, P.A.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable**<br>Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** | |
| **Term Life Insurance policies for all employees** | $0.00 |
| **Disability Insurance policies on all employees** | $0.00 |
| **Health Insurance Policies on employees** | $0.00 |
| **Business insurance** | $0.00 |
| **Malpractice insurance** | $0.00 |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Claims against Anthony Shelton, Margaret Henehan, William Kain, Kain + Henehan; using LifeBack Law Firm's name in their marketing.** | **Unknown** |
| Nature of claim | **Breach of fiduciary duties, tortious interference w/ contract. relations & more** |
| Amount requested | **$0.00** |

| Debtor | **LifeBack Law Firm, P.A.** | Case number *(If known)* | |
| | Name | | |

**Claims against Caroline Wallace and Elizabeth Lopau for defamation, misappropriation of trade secrets, breach of contract, and tortious interference with contract/economic advantage.**

| Nature of claim | Tortious Interference with contractual relations | **Unknown** |
| --- | --- | --- |
| Amount requested | **$0.00** | |

**Claim for Civil theft of company assets against Caroline Wallace**

| Nature of claim | Civil theft of corporate assets | **Unknown** |
| --- | --- | --- |
| Amount requested | **$0.00** | |

**Claim against  Hanover insurance company for refusing to provide coverage for redaction cases in bankruptcy court**

| Nature of claim | Breach of contract | **Unknown** |
| --- | --- | --- |
| Amount requested | **$0.00** | |

**Claims against Hoglund & Mrozik, P.L.L.C., Robert Hoglund, and Jennifer Mrozik under Minnesota law and Lanham Act for fraud, false advertising, and deceptive trade practices**

| Nature of claim | | **Unknown** |
| --- | --- | --- |
| Amount requested | **$0.00** | |

**Claims against Kelsey Quarberg for breach of fiduciary duties, tortious interference with contract, and defamation**

| Nature of claim | breach of fiduciary duties, tortious interference with contract, and defamation | **Unknown** |
| --- | --- | --- |
| Amount requested | **$0.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   **Owns a contingent claim to ERC credit (net value: 250k)**                                                    **Unknown**

| Nature of claim | ERC | |
| --- | --- | --- |
| Amount requested | **$250,000.00** | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   **Numerous interior "LifeBack Law Firm" signs and exterior signage on our St. Cloud, Brainerd, Maple Grove and Eagan locations; signage outside office doors and interior directories. Most interior/exterior signs cannot be removed without significant damage to walls/surfaces.**                                                    **$100.00**

Debtor    **LifeBack Law Firm, P.A.**                                    Case number *(If known)* _____
        Name

78.    **Total of Part 11.**                                                                    | **$100.00**

        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Debtor | **LifeBack Law Firm, P.A.** | Case number *(If known)* | _____ |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $155,394.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,650.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $979,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $41,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,200.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,181,944.08 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,181,944.08 |

**Fill in this information to identify the case:**

Debtor name **LifeBack Law Firm, P.A.**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **3LM Capital Partners LLC**
Creditor's Name

**733 Third Avenue-Suite 1900**
**New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/20/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket Lien - All Assets**                     $888,131.00     $888,131.00

Describe the lien
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** **Wesley W. Scott**
Creditor's Name

**3663 74th Street SE**
**Clear Lake, MN 55319**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/11/2022**
**Last 4 digits of account number**
**Debtor to assume**
Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Blanket Lien - All Assets**                     $293,375.15     $293,375.15

Describe the lien
**UCC-1 Financing Statement**
Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Debtor    **LifeBack Law Firm, P.A.**
_____
Name

Case number (if known) _____

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$1,181,506.15** |

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **LifeBack Law Firm, P.A.**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**IRS<br>PO BOX 932700<br>Louisville, KY 40293-2700** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Priority Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**MINNESOTA DEPT OF REV<br>COLLECTION DIVISION<br>PO BOX 64564<br>Saint Paul, MN 55164-0564** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Priority Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **LifeBack Law Firm, P.A.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $293,846.17 | $15,150.00 |

**Wesley W. Scott**
**3663 74th Street SE**
**Clear Lake, MN 55319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 2021 to present**

Basis for the claim: **Priority Wages ($15,150)(Balance Unsecured Non-Priority)**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |

**BANK OF AMERICA**
**PO BOX 982284**
**El Paso, TX 79998-2284**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Christina Irving**
**c/o Matthew Tande Attorney**
**443 Old Highway 8 NW Ste 208**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$290,000.00** |

**Hoglund, Chwialkowski & Mrozik**
**1781 West County Road B**
**PO Box 130938**
**Saint Paul, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Arbitration Award/ Judgment Pending**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jalen Burns**
**1295 Northland Dr Ste 250**
**Saint Paul, MN 55120**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,185.00** |

**John and Robin Bissette**
**1427 109th Ave NW**
**Coon Rapids, MN 55433**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **LifeBack Law Firm, P.A.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kain + Henehan
703 W Saint Germain
Saint Cloud, MN 56301-3534**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** POSSIBLE CLAIM

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Margaret Henehan
3703 34th Avenue South
Minneapolis, MN 55406**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** POSSIBLE CLAIM

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**PicRights International Inc
Hudson Bay Centre
2 Bloor Street East Ste 3500
Toronto ON M4W 1A8 Canada**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Unsecured

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**US ATTORNEY
600 US COURTHOUSE
300 S FOURTH ST
Minneapolis, MN 55415**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William P. Kain
2003 Pleasant Avenue
Saint Cloud, MN 56303**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** POSSIBLE CLAIM

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Higbee & Associates<br>80 South 8th Street Ste 900<br>Minneapolis, MN 55402** | Line **3.8**<br><br>☐ Not listed. Explain ___ | ___ |
| 4.2 | **PERRY & PERRY, PLLP<br>ATTN SHAWN M PERRY ESQ<br>1650 HIGHWAY 100 SOUTH STE 336<br>ST LOUIS PARK, MN 55416** | Line **3.3**<br><br>☐ Not listed. Explain ___ | ___ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor    **LifeBack Law Firm, P.A.**
_____     Case number (if known) _____
Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 293,846.17 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 314,185.00 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 608,031.17 |

**Fill in this information to identify the case:**

Debtor name    **LifeBack Law Firm, P.A.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for office space in Minneapolis (Assume)** | |
| | State the term remaining | **Expires in May, 2025** | **2124 DUPONT, LLC c/o Maven CRE 1 East 19th Street, Suite 200 Minneapolis, MN 55403** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **ANSWERING SERVICE - ASSUME** | |
| | State the term remaining | | **ALERT COMMUNICATIONS 3601 CALLE TECATE SECOND FLOOR CAMARILLO Camarillo, CA 93012-5058** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **LAWYERS PROFESSIONAL LIABILITY INSURANCE (ASSUME)** | |
| | State the term remaining | | **Berkley Insurance Company 550 WEST JACKSON BLVD SUITE 500 Chicago, IL 60661** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **LEGAL SERVICES - ASSUME** | |
| | State the term remaining | | **CAMERON LAW OFFICE 5353 GAMBLE DRIVE SUITE 300 Minneapolis, MN 55416** |
| | List the contract number of any government contract | | |

Debtor 1    **LifeBack Law Firm, P.A.**    Case number *(if known)* _____

First Name    Middle Name    Last Name

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract to represent thousands of clients; Debtor to assume ALL contracts to represent clients at time of filing.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Clients** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **INTERNET (ASSUME)** | |
|---|---|---|---|
| | State the term remaining | | **Comcast** |
| | List the contract number of any government contract | | **Attn: Bankruptcy 1701 JFK Boulevard Philadelphia, PA 19103** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for office space in St. Paul  (Assume)** | |
|---|---|---|---|
| | State the term remaining | | **DACBLD, LLC (COMMONWEALTH)** |
| | List the contract number of any government contract | | **374 SELBY AVENUE Saint Paul, MN 55102** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract will be assumed** | |
|---|---|---|---|
| | State the term remaining | | **Gorilla Webstactics** |
| | List the contract number of any government contract | | **3370 N Hayden Rd 123-660 Scottsdale, AZ 85250** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **BUSINESS INSURANCE/WORKERS COMP INSURANCE - ASSUME** | |
|---|---|---|---|
| | State the term remaining | | **Hanover Insurance Group** |
| | List the contract number of any government contract | | **95 Glastonbury Blvd, Suite 400 Glastonbury, CT 06033** |

---

Debtor 1   **LifeBack Law Firm, P.A.**                                     Case number *(if known)* _____
    First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **LEGAL SERVICES - ASSUME** |
| State the term remaining | **Lamey Law Firm** |
| List the contract number of any government contract | **980 Inwood Ave N**<br>**Saint Paul, MN 55128** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **HVAC work on business premises - Assume** |
| State the term remaining | **McDowall Company** |
| List the contract number of any government contract | **1431 Prosper Dr**<br>**Waite Park, MN 56387** |
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Maintenance contract at debtor's Eden Prairie Location  (Assume)** |
| State the term remaining | **Metro Sales, Inc** |
| List the contract number of any government contract | **250 N River Rdg Cir., Ste 100**<br>**Burnsville, MN 55337** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **Maintenance contract at debtor's Maple grove Location   (Assume)** |
| State the term remaining | **Metro Sales, Inc** |
| List the contract number of any government contract | **1640 E. 78th Street**<br>**Minneapolis, MN 55423** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **Maintenance contract at debtor's Eagan, MN location  (Assume)** |
| State the term remaining | **Metro Sales, Inc** |
| List the contract number of any government contract | **1640 E. 78th Street**<br>**Minneapolis, MN 55423** |

| Debtor 1 | LifeBack Law Firm, P.A. | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance contract at debtor's on St. Paul Copy machine  (Reject)** | |
|---|---|---|---|
| | State the term remaining | **Expires in October 2024** | **Metro Sales, Inc.** |
| | List the contract number of any government contract | | **2911 Clearwater Road** <br> **Saint Cloud, MN 56301** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance contract at debtor's Brainerd, MN office  (Assume)** | |
|---|---|---|---|
| | State the term remaining | | **Metro Sales, Inc.** |
| | List the contract number of any government contract | | **14091 Baxter Dr. #116** <br> **Baxter, MN 56425** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on postage meter located in debtor's Maple Grove, MN location  (Reject)** | |
|---|---|---|---|
| | State the term remaining | **Expires January, 2027** | **Quadient Leasing USA Inc.** |
| | List the contract number of any government contract | | **478 Wheelers Farms Road** <br> **Milford, CT 06461** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on postage meter at debtor's St. Cloud, MN location (Reject)** | |
|---|---|---|---|
| | State the term remaining | **Expires October, 2026** | **Quadient Leasing USA Inc.** |
| | List the contract number of any government contract | | **478 Wheelers Farms Road** <br> **Milford, CT 06461** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on postage meter located in debtor's Eagan, MN office  (Reject)** | |
|---|---|---|---|
| | State the term remaining | **Expires in June, 2024** | **Quadient Leasing USA Inc.** |
| | List the contract number of any government contract | | **478 Wheelers Farms Road** <br> **Milford, CT 06461** |

Debtor 1   **LifeBack Law Firm, P.A.**                                    Case number *(if known)* _____
 _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Lease on postage meter located at Debtor's Brainerd, MN location (Reject) Expires in June 2024** |
| State the term remaining | |
| List the contract number of any government contract | **Quadient Leasing USA Inc. 478 Wheelers Farms Road Milford, CT 06461** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Impress Subscription/mail service (Reject)** |
| State the term remaining | **Quadient, Inc. Dept 3689 PO Box 123689 Dallas, TX 75312-3689** |
| List the contract number of any government contract | |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest | **Garbage service to St. Cloud MN Location at 13 7th Avenue South, St. Cloud, MN 56301 (Debtor to reject this contract)** |
| State the term remaining | **Republic 700 40th Ave NE Sauk Rapids, MN 56379** |
| List the contract number of any government contract | |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest | **INTERNET/PHONE LINE (ASSUME)** |
| State the term remaining | **Spectrum PO BOX 94188 Palatine, IL 60094** |
| List the contract number of any government contract | |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest | **PAPER SHREDDING (ASSUME)** |
| State the term remaining | **STERICYCLE, INC. 2355 WAUKEGAN ROAD Deerfield, IL 60015** |
| List the contract number of any government contract | |

Debtor 1   **LifeBack Law Firm, P.A.**                                                    Case number *(if known)*
_____   _____   _____
First Name          Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| **2.25.** | State what the contract or lease is for and the nature of the debtor's interest | **LEGAL SERVICES (ASSUME)** | |
| | State the term remaining | | **Taft, Stettinius, Hollister, L** **2200 IDS Center** **80 South 8th Street** **Minneapolis, MN 55402-2157** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.26.** | State what the contract or lease is for and the nature of the debtor's interest | **PHONE SERVICE (Assume)** | |
| | State the term remaining | | **TDS (Phone)** **PO BOX 94510** **Palatine, IL 60094-4510** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.27.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease on office space in Duluth   (Assume)** | |
| | State the term remaining | **Expires in March, 2025** | **Tech Village, LLC** **DBA Executive Suites, LLC** **11 E. Superior Street Ste #540** **Duluth, MN 55802** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.28.** | State what the contract or lease is for and the nature of the debtor's interest | **Lease on space in St. Cloud, Brainerd, Maple Grove, Eden Prairie, and Eagan (All to be assumed)** | |
| | State the term remaining | | **Thirteen-Seventh LLP** **13 7th Avenue South** **Saint Cloud, MN 56301** |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| **2.29.** | State what the contract or lease is for and the nature of the debtor's interest | **Copier lease at debtor's Eden Prairie location - REJECT** | |
| | State the term remaining | | **U.S. Bank** **PO Box 790448** **Saint Louis, MO 63179-0448** |
| | List the contract number of any government contract | | |

Debtor 1   **LifeBack Law Firm, P.A.**                                    Case number *(if known)* _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.30. State what the contract or lease is for and the nature of the debtor's interest | **Copier lease contract at debtor's Maple Grove location (Assume)** |
| State the term remaining | **U.S. Bank PO Box 790448 Saint Louis, MO 63179-0408** |
| List the contract number of any government contract | |
| 2.31. State what the contract or lease is for and the nature of the debtor's interest | **Copier lease contract at debtor's Eagan location (Assume)** |
| State the term remaining | **U.S. Bank PO Box 790448 Saint Louis, MO 63179-0408** |
| List the contract number of any government contract | |
| 2.32. State what the contract or lease is for and the nature of the debtor's interest | **Copier lease contract at debtor's Saint Paul location (Reject)** |
| State the term remaining | **U.S. Bank PO Box 790448 Saint Louis, MO 63179-0408** |
| List the contract number of any government contract | |
| 2.33. State what the contract or lease is for and the nature of the debtor's interest | **Copier lease contract at debtor's Brainerd location (Assume)** |
| State the term remaining | **U.S. Bank PO Box 790448 Saint Louis, MO 63179-0408** |
| List the contract number of any government contract | |
| 2.34. State what the contract or lease is for and the nature of the debtor's interest | **CLOUD SERVER/ IT (Assume)** |
| State the term remaining | **UpTime 7500 FLYING CLOUD DRIVE SUITE 640 Eden Prairie, MN 55344** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name          **LifeBack Law Firm, P.A.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Wesley W. Scott** | **3663 74th Street SE**<br>**Clear Lake, MN 55319**<br>**CO-DEBTOR** | **BANK OF AMERICA** | ☐ D _____<br>☑ E/F __**3.1**__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **LifeBack Law Firm, P.A.**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$1,292,411.02** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$3,342,129.00** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$2,533,177.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | **SETTLEMENT PAYMENT** | **$10,000.00** |
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | **RENTAL INCOME** | **$4,400.00** |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **LifeBack Law Firm, P.A.**   Case number *(if known)* _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Wesley W. Scott**<br>**3663 74th Street SE**<br>**Clear Lake, MN 55319** | **LAST 90 DAYS** | **$63,815.36** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Bank of America**<br>**PO BOX 15796**<br>**Wilmington, DE 19886** | **LAST 90 DAYS** | **$583,233.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Harren Companies**<br>**20326 MN Highway 15**<br>**Kimball, MN 55353** | **LAST 90 DAYS** | **$19,365.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **Liberty Bank**<br>**PO Box 40**<br>**Saint Cloud, MN 56302** | **LAST 90 DAYS** | **$46,773.84** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **3LM CAPITAL PARTNERS, LLC**<br>**733 THIRD AVENUE**<br>**SUITE 1900**<br>**New York, NY 10017** | **LAST 90 DAYS** | **$28,372.55** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **McDowall Company**<br>**1431 Prosper Dr**<br>**Waite Park, MN 56387** | **April 5, 2024** | **$26,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **HVAC units** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor   **LifeBack Law Firm, P.A.** _____   Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Wesley W. Scott**<br>**3663 74th Street SE**<br>**Clear Lake, MN 55319**<br>**Managing Partner** | **Last 12 Months** | $63,815.36 | **Secured loan payments** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Hoglund, Chwialkowski & Mrozik, P.L.L.C. n/k/a Hoglund & Mrozik, P.L.L.C. vs. Kain & Scott, P.A. n/k/a LifeBack Law Firm, P.A.**<br>**27-C-23-12137V** | **Civil other** | **HENNEPIN COUNTY**<br>**Minneapolis, MN 55487** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **LifeBack Law Firm, P.A. vs. Danielle Lin and Timothy Tonga**<br>**27-CV-23-16445** | **Civil Other (Case Dismissed)** | **HENNEPIN COUNTY**<br>**Minneapolis, MN 55487** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3.   **LifeBack Law Firm, P.A. and Wesley Scott  vs.  Margaret R. Henehan,  William P. Kain, Anthony Shelton, and Kain + Henehan LLC.**<br>**27-CV-23-17037** | **Civil other** | **HENNEPIN COUNTY**<br>**Minneapolis, MN 55487** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **LifeBack Law Firm, P.A.** _____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **William P. Kain, Margaret Hennehan, and Kelsey B. Quarberg vs. LifeBack Law P.A. f/n/a Kain & Scott, P.A., a Minnesota Corporation, Thirteen-Seventh, LLP, a Minnesota limited liability partnership, and Wesley W. Scott.**<br>**73-CV-21-3830** | **Civil Other (Partly dismissed and partly pending)** | **County of Stearns<br>705 Courthouse Square<br>Saint Cloud, MN 56303** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **LifeBack Law Firm, P.A. and Wesley Scott vs. Kelsey B. Quarberg**<br>**27-CV-23-17025** | **Civil Other** | **HENNEPIN COUNTY<br>Minneapolis, MN 55487** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **LifeBack Law Firm, P.A. f/n/a Kain & Scott, P.A., Thirteen-Seventh, LLP, and Wesley Scott vs. Bremer Bank, National Association vs. William Kain**<br><br>**Case Dismissed<br>73-CV-23-8568** | **Contract** | **County of Stearns<br>705 Courthouse Square<br>Saint Cloud, MN 56303** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Bremer Bank, N.A. vs. THIRTEEN-SEVENTH, LLP, Wesley Scott, William Kain, LifeBack Law Firm, P.A. f/n/a Kain & Scott, P.A.**<br><br>**Case dismissed<br>18-CV-23-3916** | **Foreclosure** | **County of Crow Wing** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **Bremer Bank, N.A. vs. THIRTEEN-SEVENTH, LLP, Wesley Scott, William Kain, LifeBack Law Firm, P.A. f/n/a Kain & Scott, P.A.**<br><br>**Case dismissed<br>27-CV-23-16841** | **Foreclosure** | **HENNEPIN COUNTY<br>Minneapolis, MN 55487** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **Bremer Bank, N.A. vs. THIRTEEN-SEVENTH, LLP, Wesley Scott, William Kain, LifeBack Law Firm, P.A. f/n/a Kain & Scott, P.A.**<br><br>**Case dismissed<br>19HA-CV-23-4690** | **Foresclosure** | **County of Dakota<br>1560 Hwy 55<br>Hastings, MN 55033-2343** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. | **Mary R. Jensen, United States Trustee vs. Wesley W. Scott and LifeBack Law Firm, P.A.**<br><br>**Case dismissed<br>23-3041** | **Adversary Proceeding** | **District of Minnesota** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   **LifeBack Law Firm, P.A.** _____   Case number _(if known)_ _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.11. **LifeBack Law Firm, P.A. f/k/a Kain & Scott, P.A. vs. Morrison & Sund PLLC, Kain & Henehan LLC, and Brandi Babatz**<br><br>**Partly dismissed and partly pending**<br>**27-CV-21-13291** | | **HENNEPIN COUNTY**<br>**Minneapolis, MN 55487** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **LifeBack Law Firm, P.A. f/k/a Kain & Scott, P.A. v. Kain + Henehan LLC, William P. Kain and Margaret Henehan v. LifeBack Law Firm P.A. et al** | **Private Arbitration of various claims pending in cases identified in 7.4 and 7.11 above** | **Private Arbitration Arbitrator K. Boylan** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)._ | Dates of loss | Value of property lost |
|---|---|---|---|
| **Court filings missing proper redaction techniques** | **Payment received from insurance carrier** | **9/21/23** | **$10,000.00** |

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

Debtor   **LifeBack Law Firm, P.A.** _____   Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lamey Law Firm 980 Inwood Ave N Saint Paul, MN 55128** | | **March 8, 2024 - Retainer** | **$10,000.00** |
| | **Email or website address www.brokemn.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Debtor    **LifeBack Law Firm, P.A.**                              Case number *(if known)*

---

**Debtor collects social security numbers, phone numbers, email addresses, and other personal identifiers used in filing bankruptcy.**

Does the debtor have a privacy policy about that information?

☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ■ No Go to Part 10.
    ☐ Yes. Fill in below:

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **LIBERTY BANK MINNESOTA** 2842 2ND STREET Saint Cloud, MN 56301 | **XXXX-4519** | ☐ Checking ■ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **04/04/2024** | $0.00 |
| 18.2. | **LIBERTY BANK MINNESOTA** 2842 2ND STREET Saint Cloud, MN 56301 | **XXXX-2078** | ☐ Checking ■ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **04/04/2024** | $100.00 |
| 18.3. | **LIBERTY BANK MINNESOTA** 2842 2ND STREET Saint Cloud, MN 56301 | **XXXX-6093** | ☐ Checking ■ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **04/04/2024** | $134.35 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **LifeBack Law Firm, P.A.** _____   Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    **LifeBack Law Firm, P.A.**_____     Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Jane Kedrowski**<br>**13 -7th Avenue South**<br>**Saint Cloud, MN 56301** | **June 2018 to present** |
| 26a.2. | **Haga Kommer CPA**<br>**216 Park Avenue South**<br>**Suite 101**<br>**Saint Cloud, MN 56301** | **January 2012 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Haga Kommer CPA**<br>**216 Park Avenue South**<br>**Suite 101**<br>**Saint Cloud, MN 56301** | **January 2012 - present** |
| | Name and address | Date of service From-To |
| 26b.2. | **Hanover Insurance**<br>**622 Roosevelt Road**<br>**Saint Cloud, MN 56301** | **June 2018 to present** |
| | Name and address | Date of service From-To |
| 26b.3. | **State of Minnesota**<br>**Department of Revenue**<br>**PO Box 64447 - BKY**<br>**Saint Paul, MN 55164-0447** | **July 2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Haga Kommer CPA**<br>**216 Park Avenue South**<br>**Suite 101**<br>**Saint Cloud, MN 56301** | |
| 26c.2. | **LifeBack Law Firm**<br>**13 7th Ave N**<br>**Saint Cloud, MN 56301** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Debtor    **LifeBack Law Firm, P.A.**                                    Case number *(if known)*

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Wesley W. Scott | 3663 74th Street SE<br>Clear Lake, MN 55319 | Managing Partner/Director/President | 60% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Margaret Henehan | 3703 34TH AVE S<br>Minneapolis, MN 55406 | Shareholder | 10% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William P. Kain | 2003 Pleasant Avenue<br>Saint Cloud, MN 56303 | Shareholder | 30% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| William Kain | 2003 Pleasant Avenue<br>Saint Cloud, MN 56303 | Former Director and current shareholder (30%) | Director from 2004 to March 4, 2024 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Kelsey Quarberg | 2610 Jersey Ave South<br>Minneapolis, MN 55426 | Former 10% partner | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

Debtor    **LifeBack Law Firm, P.A.** _____    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Wesley W. Scott**<br>**3663 74th Street SE**<br>**Clear Lake, MN 55319** | **Repayment on Secured Loans ($63,815.36)** | **Last 12 Months** | **Ordinary Course Secured Loan Payments** |
| | Relationship to debtor<br>**Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **CB05740- LifeBack Law Firm, P.A. 401(k) Plan** | **EIN:    03-0543297** |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 28, 2024** _____

**/s/ Wesley W. Scott** _____          **Wesley W. Scott** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

LOCAL FORM  1007-1
REVISED  06/16

# United States Bankruptcy Court
### District of Minnesota

In re  __LifeBack Law Firm, P.A.__ _____    Case No. _____

_____ Debtor(s)    Chapter  __11__ _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept  ............................  $  __$375.00 / hr.__
Prior to the filing of this statement I have received  ..............  $  __10,000.00__
Balance Due  ...........................................................................  $  __to be determined__

2.    The source of the compensation paid to me was:
   ☑ Debtor                    ☐ Other (specify)

3.    The source of the compensation to be paid to me is:
   ☑ Debtor                    ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

   **a.**. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   **b.**. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   **c.**. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   **d.**. Representation of the debtor in contested bankruptcy matters; and

   **e.**. Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

LOCAL FORM 1007-1
REVISED 06/16

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **April 26, 2024**

Signature of Attorney
**/s/ JOHN D. LAMEY III**

**JOHN D. LAMEY III 0312009**

## United States Bankruptcy Court
### District of Minnesota

In re  __LifeBack Law Firm, P.A._____     Case No. _____
                                    Debtor(s)          Chapter    __11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Margaret Henehan**<br>**3703 34th Avenue South**<br>**Minneapolis, MN 55406** | | | |
| **Wesley W. Scott**<br>**3663 74th Street SE**<br>**Clear Lake, MN 55319** | | | |
| **William P. Kain**<br>**2003 Pleasant Avenue**<br>**Saint Cloud, MN 56303** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **April 28, 2024**_____     Signature  **/s/ Wesley W. Scott**_____
                                                        **Wesley W. Scott**


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Minnesota

In re   **LifeBack Law Firm, P.A.** _____   Case No. _____

                                         Debtor(s)        Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 28, 2024** _____        **/s/ Wesley W. Scott** _____

                                         **Wesley W. Scott**/**President**
                                         Signer/Title

2124 DUPONT, LLC
C/O MAVEN CRE
1 EAST 19TH STREET, SUITE 200
MINNEAPOLIS MN 55403


3LM CAPITAL PARTNERS LLC
733 THIRD AVENUE-SUITE 1900
NEW YORK NY 10017


ALERT COMMUNICATIONS
3601 CALLE TECATE
SECOND FLOOR CAMARILLO
CAMARILLO CA 93012-5058


BANK OF AMERICA
PO BOX 982284
EL PASO TX 79998-2284


BERKLEY INSURANCE COMPANY
550 WEST JACKSON BLVD
SUITE 500
CHICAGO IL 60661


CAMERON LAW OFFICE
5353 GAMBLE DRIVE
SUITE 300
MINNEAPOLIS MN 55416


CHRISTINA IRVING
C/O MATTHEW TANDE ATTORNEY
443 OLD HIGHWAY 8 NW STE 208


CLIENTS


COMCAST
ATTN: BANKRUPTCY
1701 JFK BOULEVARD
PHILADELPHIA PA 19103

DACBLD, LLC (COMMONWEALTH)
374 SELBY AVENUE
SAINT PAUL MN 55102


GORILLA WEBSTACTICS
3370 N HAYDEN RD 123-660
SCOTTSDALE AZ 85250


HANOVER INSURANCE GROUP
95 GLASTONBURY BLVD, SUITE 400
GLASTONBURY CT 06033


HIGBEE & ASSOCIATES
80 SOUTH 8TH STREET STE 900
MINNEAPOLIS MN 55402


HOGLUND, CHWIALKOWSKI & MROZIK
1781 WEST COUNTY ROAD B
PO BOX 130938
SAINT PAUL MN 55113


IRS
PO BOX 932700
LOUISVILLE KY 40293-2700


JALEN BURNS
1295 NORTHLAND DR STE 250
SAINT PAUL MN 55120


JOHN AND ROBIN BISSETTE
1427 109TH AVE NW
COON RAPIDS MN 55433


KAIN + HENEHAN
703 W SAINT GERMAIN
SAINT CLOUD MN 56301-3534

```
LAMEY LAW FIRM
980 INWOOD AVE N
SAINT PAUL MN 55128


MARGARET HENEHAN
3703 34TH AVENUE SOUTH
MINNEAPOLIS MN 55406


MCDOWALL COMPANY
1431 PROSPER DR
WAITE PARK MN 56387


METRO SALES, INC
250 N RIVER RDG CIR., STE 100
BURNSVILLE MN 55337


METRO SALES, INC
1640 E. 78TH STREET
MINNEAPOLIS MN 55423


METRO SALES, INC.
2911 CLEARWATER ROAD
SAINT CLOUD MN 56301


METRO SALES, INC.
14091 BAXTER DR. #116
BAXTER MN 56425


MINNESOTA DEPT OF REV
COLLECTION DIVISION
PO BOX 64564
SAINT PAUL MN 55164-0564


PERRY & PERRY, PLLP
ATTN SHAWN M PERRY ESQ
1650 HIGHWAY 100 SOUTH STE 336
ST LOUIS PARK MN 55416
```

```
PICRIGHTS INTERNATIONAL INC
HUDSON BAY CENTRE
2 BLOOR STREET EAST STE 3500
TORONTO ON M4W 1A8 CANADA


QUADIENT LEASING USA INC.
478 WHEELERS FARMS ROAD
MILFORD CT 06461


QUADIENT, INC.
DEPT 3689
PO BOX 123689
DALLAS TX 75312-3689


REPUBLIC
700 40TH AVE NE
SAUK RAPIDS MN 56379


SPECTRUM
PO BOX 94188
PALATINE IL 60094


STERICYCLE, INC.
2355 WAUKEGAN ROAD
DEERFIELD IL 60015


TAFT, STETTINIUS, HOLLISTER, L
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS MN 55402-2157


TDS (PHONE)
PO BOX 94510
PALATINE IL 60094-4510


TECH VILLAGE, LLC
DBA EXECUTIVE SUITES, LLC
11 E. SUPERIOR STREET STE #540
DULUTH MN 55802
```

```
THIRTEEN-SEVENTH LLP
13 7TH AVENUE SOUTH
SAINT CLOUD MN 56301


U.S. BANK
PO BOX 790448
SAINT LOUIS MO 63179-0448


U.S. BANK
PO BOX 790448
SAINT LOUIS MO 63179-0408


UPTIME
7500 FLYING CLOUD DRIVE
SUITE 640
EDEN PRAIRIE MN 55344


US ATTORNEY
600 US COURTHOUSE
300 S FOURTH ST
MINNEAPOLIS MN 55415


WESLEY W. SCOTT
3663 74TH STREET SE
CLEAR LAKE MN 55319


WILLIAM P. KAIN
2003 PLEASANT AVENUE
SAINT CLOUD MN 56303
```