# United States Bankruptcy Court
## District of Minnesota

In re   **LifeBack Law Firm, P.A.**                                Case No.
                     Debtor(s)                                      Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **LifeBack Law Firm, P.A.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Margaret Henehan**
**3703 34th Avenue South**
**Minneapolis, MN 55406**

**Wesley W. Scott**
**3663 74th Street SE**
**Clear Lake, MN 55319**

**William P. Kain**
**2003 Pleasant Avenue**
**Saint Cloud, MN 56303**

☐ None [*Check if applicable*]

**April 28, 2024**                              **/s/ JOHN D. LAMEY III**
Date                                             **JOHN D. LAMEY III 0312009**
                                                 Signature of Attorney or Litigant
                                                 Counsel for   **LifeBack Law Firm, P.A.**
                                                 **LAMEY LAW FIRM, P.A.**
                                                 **980 INWOOD AVE N**
                                                 **OAKDALE, MN 55128-7094**
                                                 **651.209.3550 Fax:651.789.2179**
                                                 **JLAMEY@LAMEYLAW.COM**