**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | Case No. 24-60191 MER |
| LifeBack Law Firm, P.A., | |
| Debtor. | Chapter 11 |

---

### NOTICE OF INTENTION TO SEEK EXPEDITED HEARINGS

---

The debtor in the above-listed Chapter 11 case gives notice that it intends to seek an expedited hearing on the following matter:

*NOTICE OF HEARING AND MOTION FOR EXPEDITED RELIEF AND FOR AN ORDER AUTHORIZING USE OF CASH COLLATERAL ON A PRELIMINARY AND FINAL BASIS*

*NOTICE OF HEARING AND MOTION FOR AN EXPEDITED HEARING AND FOR AN ORDER AUTHORIZING THE DEBTOR TO PAY PRE-PETITION WAGES AND PAYROLL TAXES*

*NOTICE OF HEARING AND MOTION FOR AN EXPEDITED HEARING AND FOR AN ORDER AUTHORIZING CONTINUED USE OF EXISTING BANK ACCOUNT*

| | |
|---|---|
| Dated: April 29, 2024 | /e/ John D. Lamey III |
| | John D. Lamey III, Esq. (#312009) |
| | Elaine D.W. Wise (#387871) |
| | **LAMEY LAW FIRM, P.A.** |
| | 980 Inwood Avenue North |
| | Oakdale, MN 55128 |
| | Telephone: (651) 209-3550 |
| | Facsimile: (651) 789-2179 |