UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:   LifeBack Law Firm, P.A.                                   CASE NO. 24-60191

                                                                                    CHAPTER 11

   Debtor(s).


NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Steven B. Nosek
10285 Yellow Circle Drive
Hopkins, MN   55343
snosek@noseklawfirm.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.


Date: April 29, 2024                        Mary R. Jensen
                                            Acting United States Trustee
                                            Region 12

                                            By: */s/ Robert B. Raschke*
                                                Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:  LifeBack Law Firm, P.A.            CASE NO.  24-60191

Debtor(s)            CHAPTER 11

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)     am not a creditor, equity security holder or insider of the debtor;

(b)     am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $300.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated:  April 29, 2024.            */e/ Steven B. Nosek*
           Steven B. Nosek, Trustee
           Attorney #79960
           10285 Yellow Circle Drive
           Hopkins, MN 55343
           Telephone:  (612) 335-9171
           Email:  snosek@noseklawfirm.com