## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY Case No.: 24-60191 |
| LifeBack Law Firm, P.A., | Chapter 11 |
| Debtor. | |

### LIMITED OBJECTION OF WILLIAM KAIN AND MARGARET HENEHAN

William Kain and Margaret Henehan, creditors and equity holders in this case, make a limited objection to the motion [Doc. 8] of Lifeback Law Firm, P.A. ("**Debtor**") to continue usage of a Bank of America credit card (the "**Card**").

Between the motion and the Debtor's schedules, it is difficult to tell if the Debtor is actually an obligor on the Card. Upon information and belief, the cardholder and sole person liable for the Card is insider Wesley Scott. Upon information and belief, Wesley Scott is the sole beneficiary of any benefits derived from usage of the Card.

William Kain and Margaret Henehan object to the use of the Card by the Debtor unless the Debtor is an obligor on the Card and receives any associated benefits. Further, if the Card is in Wesley Scott's name, alone, it is possible that the Debtor would possess avoidance rights for payments on the Card before the commencement of this case.

                                            MOSS & BARNETT
                                            A Professional Association

Dated: May 1, 2024                By  s/ *Matthew R. Burton*
                                                Matthew R. Burton (#210018)
                                          150 South Fifth Street, Suite 1200
                                          Minneapolis, MN 55402
                                          Telephone: (612) 877-5000
                                          Email: matthew.burton@lawmoss.com
                                          ATTORNEYS FOR CREDITORS WILLIAM
                                          KAIN AND MARGARET HENEHAN

9258724v1