LOCAL FORM 2016-2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In re:

LifeBack Law Firm, P.A.,

           Debtor

Chapter 11
BKY. 24-60191

---

LifeBack Law Firm, P.A.,

         Plaintiff

v.

Quadient Leasing USA, Inc. and Comcast
Business Communications, LLC.,

        Defendants

Chapter 11
ADV. TBD

---

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## IN ADVERSARY PROCEEDING

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me after one year before the date of the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with this adversary proceeding is as follows:

   For legal services, I have agreed to accept
   (flat fee or hourly rate):                                          $515

   Prior to the filing of this statement, I have received:       $0

   Balance Due (or hourly rate):                                  $515

2. The source of the compensation paid to me was:

   ☐     Debtor                            ☐     Other (specify)

3. The source of the compensation to be paid to me is:

LOCAL FORM 2016-2

⊠   Debtor                              ☐   Other (specify)

4.

⊠  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render the following legal services:

Representation of the debtor(s) in this adversary proceeding.

CERTIFICATION

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this adversary proceeding.

Date: October 28, 2024                 /e/ *Mark L. Vavreck*
                                       Mark L. Vavreck, Esq.
                                       Attorney I.D. #: 0318619
                                       Attorney for Debtor/Plaintiff
                                       Vavreck Law, LLC
                                       7900 International Drive, Suite 300
                                       Bloomington, MN 55425
                                       Telephone: (612) 373-7000
                                       Facsimile: (952) 854-8437
                                       Email: mark@vavrecklaw.com