UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

Chapter 11

In Re:                                                    Bk Case No. 24-60191

LifeBack Law Firm, P.A.                    **NOTICE OF HEARING AND MOTION
                                            TO DISCHARGE DEBTOR AND FOR
                                            ORDER CLOSING CASE**

---

TO:      ALL PARTIES IN INTEREST / MAILING MATRIX

1.      LifeBack Law Firm, P.A. ("Debtor") by and through its undersigned attorney, hereby moves this Court for the relief requested below and gives notice of hearing.

2.      The Court will hold a hearing on this Motion on **February 27, 2025, at 9:30 a.m.**  The hearing will take place at the US Courthouse, Courtroom 7 West, 300 South Fourth Street, Minneapolis, Minnesota 55415.

3.      Any response to this motion must be filed and served not later than February 20, 2025.  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING

4.      The Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1332, and Fed. R. Bankr. 3022, and Local Rule 4004-1.  This is a core proceeding. The petition commencing this Chapter 11 case was filed on April 28, 2024 (the "Petition Date"). Debtor obtained confirmation of its 3rd Modified Plan of Reorganization Under Subchapter V of Chapter 11 Dated September 12, 2024 (Docket No. 134)(the "Plan") on October 2, 2024 by order of this court (Docket No. 149).

5.      This motion arises under 11 U.S.C. § 1141(d) and § 350 and Fed. R. Bankr. P. 3022.  This motion is filed under Fed. R. Bankr. P. 3022 and Local Rule 4001-1.

6.      Debtor requests the Court grant Debtor a discharge and enter a final decree closing Debtor's case.

7.      Pursuant to Debtor's Plan Class 1 creditor 3LM Capital Partners, LLC, is being paid the required monthly payments, and all payments provided for in Debtor's Plan are current.  The Class 2 creditors consisting of all allowed unsecured claims have been paid in full as required by Debtor's Plan.  The Class 3 claimants consisting of the equity interests of Debtor have been paid in full as required by Debtor's Plan.  The Class 4 claimant of insider Wes Scott have been paid all payments provided for in Debtor's Plan.

8.      All Administrative Expense Claims, including claims of the United States Trustee for US Trustee fees, and Trustee Nosek's fees, have been paid in full or provision for payments has been made.

9.      Debtor's priority tax claim(s) were paid on or before the effective date of the Plan.  Debtor has no other Priority Claims other than Administrative Expense Claims which have all been paid in full.

10.     Debtor has made all payments due to creditors as described in the Plan. Attached as Exhibit A is a list of all payments required to be made and subsequently made under the Plan.

11.     Debtor has paid unsecured creditors more than they would have received if the case had been a Chapter 7 proceeding.

12.     If testimony is required at the hearing on this motion, Debtor's managing partner Wesley Scott, will testify in support of the motion and Debtor reserves the right to call additional witnesses, if necessary.

WHEREFORE, Debtor moves the Court for an Order discharging Debtor pursuant to 11 U.S.C. § 1141(d), and for an Order closing the case.

Dated: February 4, 2025

/e/ John D. Lamey III, Esq. (#312009)
**LAMEY LAW FIRM, P.A.**
980 Inwood Avenue North
Oakdale, MN 55128
Telephone: 651-209-3550/Fax: 651-789-2179
jlamey@lameylawDOTcom
*Counsel to the Debtor*

### VERIFICATION

I, Wesley Scott, managing partner of Debtor, declares under penalty of perjury the facts set forth in the preceding Motion are true and correct to the best of my knowledge, information, and belief.

Dated: February 4, 2025

/s/ *Wesley W. Scott*

Wesley Scott, Managing Partner

## Exhibit A

| Name of Creditor | Allowed Claim Amount / Scheduled Claim Amt. | Claim Type | Total Paid | Payment Date(s) | Notes |
|---|---|---|---|---|---|
| Bank of America | $20,000.00 | Unsecured | various | various | Personal card of Mr. Wesley Scott, paid off each month |
| Hoglund & Mrozik, PLLC | $263,810.04 | Unsecured | $263,810.04 | 10/18/2024 | Claim No. 3 |
| Wesley W. Scott | $393,000.00 | Unsecured | $393,000.00 | 1/1/2025 | Claim No. 4 |
| U.S. Bank N.A. d/b/a U.S. Bank Equip. | $0.00 | Unsecured | $0.00 | n/a | Claim No. 5, Objection to claim sustained |
| Willilam P. Kain | $190,000.00 | Unsecured | $190,000.00 | 11/27/2024 | Claim No. 6 / Settled for Less by Agreement |
| Margaret R. Henehan | $190,000.00 | Unsecured | $190,000.00 | 11/27/2024 | Claim No. 7 / Settled for Less by Agreement |
| John D. Bisset & Robin R. Bisset | $2,185.00 | Unsecured | $0.00 | n/a | Claim No. 8, Objection to claim sustained |
| Internal Revenue Service | $1,723.27 | Priority | $1,723.27 | 11/14/2024 | Claim No. 1 (as amended). The IRS offset the ERC payment due to the Debtor per agreement |
| Metro Sales Inc. | $195.09 | Unsecured | $195.09 | 10/25/2024 | Claim No. 2 |
| PicRights International Inc | $2,000.00 | Unsecured | $0.00 | n/a | Scheduled - Disputed. No claim filed. |
| Quadent, Inc. | $1,400.00 | Unsecured | $0.00 | n/a | No payment; resovled through adversary settlement |
| Three Line Capital Partners LLC | $888,131.00 | Secured | As Agreed | various | Per Plan, Monthly Payments |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In Re: | Chapter 11<br>Bky Case No. 24-60191 |
| LifeBack Law Firm, P.A. | **AFFIDAVIT OF WESLEY SCOTT** |

I, Wesley Scott, managing partner of Debtor, declare under penalty of perjury all

payments as described in <u>Exhibit A</u> have been paid.

Dated: February 4, 2025             /s/ *Wesley W. Scott*

Wesley Scott, Managing Partner

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN Re:

Chapter 11
Bky Case No. 24-60191

LifeBack Law Firm, P.A.

**MEMORANDUM OF LAW**

Debtor submits this Memorandum of Law in support of its Motion for Discharge and Final Decree:

This Chapter 11 case was commenced on April 28, 2024.  Debtor is a corporation. Debtor proposed a Plan of Reorganization which was confirmed by this Court on October 2, 2024.

Debtor has now paid all amounts to Claimants as required by the Plan.

Section 350(a) of the Bankruptcy Code provides "after an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a).  Bankruptcy Rule 3022 implements § 350(a) in Chapter 11 context by providing "after the estate is fully administered in a Chapter 11 reorganization case, the court, on its own or on the motion of a party in interest shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

Section 1141(d)(1) provides Confirmation of a Plan will result in discharge of debts.  Under § 1141(d)(5) discharge is not granted until after all payments have been made under the Plan.  That section specifically provides the Court may grant a Discharge, after notice and a hearing, if the Court finds § 522(q)(1) does not apply, Debtor has made all payments required under the Plan and creditors are receiving more than they would in a Chapter 7. Debtor contends it has met all of these requirements.

Debtor has completed all obligations under the confirmed plan.  Based on the foregoing, Debtor respectfully requests this Court enter an Order discharging it from its debts pursuant to 11 U.S.C. § 1141(d)(5)(A) and issuing a final decree closing Debtor's case.

Dated: February 4, 2025

/e/ John D. Lamey III, Esq. (#312009)
**LAMEY LAW FIRM, P.A.**
980 Inwood Avenue North
Oakdale, MN 55128
Telephone: 651-209-3550/Fax: 651-789-2179
jlamey@lameylawDOTcom
*Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Chapter 11
In Re:                                                           Bky Case No. 24-60191

LifeBack Law Firm, P.A.

## ORDER

This matter came before the Court on LifeBack Law Firm, P.A.'s motion for an order discharging Debtor and closing the case (the "Motion").  Appearances were noted in the record. Based on the motion of Debtor, and the file, records, and proceeding herein, and for good cause shown,

IT IS ORDERED:

1.     Debtor's Motion is GRANTED.

2.     Pursuant to 11 U.S.C. §§ 1141(d), 1181(a), and 1191(a), Debtor's debts are, by entry of this order, discharged as provided under 11 U.S.C. § 1141(d).

3.     The Court shall issue a final decree closing Debtor's case.

Dated:                                            _____
                                                       Michael E. Ridgway
                                                       Chief Judge of Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:

LIFEBACK LAW FIRM, P A

CASE NO: 24-60191 MER

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

On 2/4/2025, I did cause a copy of the following documents, described below,

Motion for Discharge and to Close Case

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/4/2025

/s/ Elaine D W Wise
Elaine D W Wise 0387871
Attorney for Debtor
Lamey Law Firm PA
980 Inwood Ave. N.
Oakdale, MN 55128
651 209 3550
ewise@lameylaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

LIFEBACK LAW FIRM, P A

CASE NO: 24-60191 MER

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 2/4/2025, a copy of the following documents, described below,

Motion for Discharge and to Close Case

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/4/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Elaine D W Wise
Lamey Law Firm PA
980 Inwood Ave. N.
Oakdale, MN  55128

USPS FIRST CLASS MAILING RECIPIENTS.
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-60191 MER
DISTRICT OF MINNESOTA
TUE FEB 4 8-19-49 PST 2025

EXCLUDE
(U)3LM CAPITAL PARTNERS  LLC

EXCLUDE
(U)HOGLUND  MROZIK  PLLC

EXCLUDE
LAMEY LAW FIRM PA
980 INWOOD AVE N
OAKDALE  MN 55128-6625

DEBTOR
LIFEBACK LAW FIRM  PA
13 7TH AVENUE SOUTH
SAINT CLOUD  MN 56301-4259

EXCLUDE
FERGUS FALLS  ST PAUL
200 WARREN E BURGER FEDERAL BUILDING AND
U S COURTHOUSE
316 N ROBERT ST
ST PAUL  MN 55101-1495

2124 DUPONT  LLC
CO MAVEN CRE
1 EAST 19TH STREET  SUITE 200
MINNEAPOLIS MN 55403-3785

3LM CAPITAL PARTNERS LLC
733 THIRD AVENUESUITE 1900
NEW YORK NY 10017-3204

ALERT COMMUNICATIONS
3601 CALLE TECATE
SECOND FLOOR CAMARILLO
CAMARILLO CA 93012-5056

BANK OF AMERICA
PO BOX 982284
EL PASO TX 79998-2284

BERKLEY INSURANCE COMPANY
550 WEST JACKSON BLVD
SUITE 500
CHICAGO IL 60661-5781

CAMERON LAW OFFICE
5353 GAMBLE DRIVE
SUITE 300
MINNEAPOLIS MN 55416-1545

EXCLUDE
(U)CHRISTINA IRVING
CO MATTHEW TANDE ATTORNEY
443 OLD HIGHWAY 8 NW STE 208

CHRISTINA IRVING
CO MATTHEW TANDE ATTORNEY
443 OLD HIGHWAY 8 NW STE 208
NEW BRIGHTON  MN 55112-3215

EXCLUDE
(U)CLIENTS

COMCAST
ATTN BANKRUPTCY
1701 JFK BOULEVARD
PHILADELPHIA PA 19103-2899

COMCAST BUSINESS SERVICES
ONE COMCAST CENTER
1701 JFK BLVD
PHILADELPHIA PA 19103-2899

INTERNATIONAL
COPYTRACK GMBH
SAARBRCKER STRAE 18
10405 BERLIN
GERMANY

DACBLD  LLC (COMMONWEALTH)
374 SELBY AVENUE
SAINT PAUL MN 55102-1825

GORILLA WEBSTACTICS
3370 N HAYDEN RD 123660
SCOTTSDALE AZ 85251-6632

HANOVER INSURANCE GROUP
95 GLASTONBURY BLVD  SUITE 400
GLASTONBURY CT 06033-4416

HIGBEE  ASSOCIATES
80 SOUTH 8TH STREET STE 900
MINNEAPOLIS MN 55402-8773

HOGLUND  CHWIALKOWSKI  MROZIK
1781 WEST COUNTY ROAD B
PO BOX 130938
SAINT PAUL MN 55113-0019

IRS
PO BOX 932700
LOUISVILLE KY 40293-2700

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JALEN BURNS
1295 NORTHLAND DR STE 250
SAINT PAUL MN 55120-1373

JOHN AND ROBIN BISSETTE
1427 109TH AVE NW
COON RAPIDS MN 55433-4212

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were sent notices via First Class USPS Mail Service.

KAIN   HENEHAN
703 W SAINT GERMAIN
SAINT CLOUD MN 56301-3534

LAMEY LAW FIRM
980 INWOOD AVE N
SAINT PAUL MN 55128-6625

MARGARET HENEHAN
3703 34TH AVENUE SOUTH
MINNEAPOLIS MN 55406-2736

MARGARET HENEHAN
4509 28TH AVE S
MINNEAPOLIS  MN 55406-3722

MCDOWALL COMPANY
1431 PROSPER DR
WAITE PARK MN 56387-1891

METRO SALES
250 N RIVER RIDGE CIR STE 100
BURNSVILLE MN 55337-1612

METRO SALES  INC
1640 E 78TH STREET
MINNEAPOLIS MN 55423-4645

METRO SALES  INC
250 N RIVER RDG CIR  STE 100
BURNSVILLE MN 55337-1612

METRO SALES  INC
14091 BAXTER DR 116
BAXTER MN 56425-8703

METRO SALES  INC
2911 CLEARWATER ROAD
SAINT CLOUD MN 56301-6207

MINNESOTA DEPT OF REV
COLLECTION DIVISION
PO BOX 64564
SAINT PAUL MN 55164-0564

MARGARET HENEHAN
CO MATTHEW BURTON
MOSS  BARNETT
150 SOUTH FIFTH STREET  SUITE 1200
MINNEAPOLIS  MN 55402-4129

METRO SALES INC
250 N RIVER RIDGE CIRCLE
SUITE 100
BURNSVILLE  MN 55337-1612

PERRY  PERRY  PLLP
ATTN SHAWN M PERRY ESQ
1650 HIGHWAY 100 SOUTH STE 336
ST LOUIS PARK MN 55416

CANADA
PICRIGHTS INTERNATIONAL INC
HUDSON BAY CENTRE
2 BLOOR STREET EAST STE 3500
TORONTO ON M4W 1A8 CANADA

QUADIENT LEASING USA INC
478 WHEELERS FARMS ROAD
MILFORD CT 06461-9105

QUADIENT  INC
DEPT 3689
PO BOX 123689
DALLAS TX 75312-3689

EXCLUDE
(D)QUADIENT  INC
DEPT 3689
PO BOX 123689
DALLAS TX 75312-3689

REPUBLIC
700 40TH AVE NE
SAUK RAPIDS MN 56379-8607

REPUBLIC SERVICES
FOR AWS OF NORTH AMERICA  LLC
PO BOX 713502
CHICAGO IL 60677-0052

SPECTRUM
PO BOX 94188
PALATINE IL 60094-4188

(P)STERICYCLE  INC
2355 WAUKEGAN ROAD
BANNOCKBURN IL 60015-1503

TAFT  STETTINIUS  HOLLISTER  L
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS MN 55402-2157

TDS (PHONE)
PO BOX 94510
PALATINE IL 60094-4510

TECH VILLAGE  LLC
DBA EXECUTIVE SUITES  LLC
11 E SUPERIOR STREET STE 540
DULUTH MN 55802-2089

THE HANOVER INSURANCE GROUP
500 ENTERPRISE DR STE 4C
ROCKY HILL CT 06067-3913

THIRTEENSEVENTH LLP
13 7TH AVENUE SOUTH
SAINT CLOUD MN 56301-4259

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| US BANK<br>PO BOX 790448<br>SAINT LOUIS MO 63179-0448 | EXCLUDE<br>(D)US BANK<br>PO BOX 790448<br>SAINT LOUIS MO 63179-0448 | US BANK NA DBA US BANK EQUIPMENT<br>FINANCE<br>1310 MADRID STREET<br>MARSHALL  MN 56258-4099 |
| UPTIME<br>7500 FLYING CLOUD DRIVE<br>SUITE 640<br>EDEN PRAIRIE MN 55344-3715 | UPTIME LEGAL<br>7500 FLYING CLOUD DR STE 625<br>EDEN PRAIRIE MN 55344-3744 | US ATTORNEY<br>600 US COURTHOUSE<br>300 S FOURTH ST<br>MINNEAPOLIS MN 55415-3070 |
| US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS  MN 55415-3070 | WESLEY W SCOTT<br>3663 74TH STREET SE<br>CLEAR LAKE MN 55319-9642 | WILLIAM P KAIN<br>2003 PLEASANT AVENUE<br>SAINT CLOUD MN 56303-0224 |
| WESLEY WILLIAM SCOTT<br>3663 74TH STREET SE<br>CLEAR LAKE  MN 55319-9642 | JOHN D LAMEY III<br>LAMEY LAW FIRM  PA<br>980 INWOOD AVE N<br>OAKDALE  MN 55128-6625 | MARGARET HENEHAN<br>CO MATTHEW R BURTON  MOSS  BARNETT<br>150 SOUTH FIFTH STREET  SUITE 1200<br>MINNEAPOLIS  MN 55402-4138 |
| SAM V CALVERT<br>1011 2ND STREET N<br>STE 107<br>ST CLOUD  MN 56303-3237 | EXCLUDE<br>STEVEN B NOSEK<br>STEVEN B NOSEK  PA<br>10285 YELLOW CIRCLE DRIVE<br>HOPKINS  MN 55343-9142 | WILLIAM KAIN<br>CO MATTHEW R BURTON  MOSS  BARNETT<br>150 SOUTH FIFTH STREET  SUITE 1200<br>MINNEAPOLIS  MN 55402-4138 |