# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:

LIFEBACK LAW FIRM PA

CASE NO: 24-60191 MER

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 2/6/2025, I did cause a copy of the following documents, described below,

Motion to Approve Settlement under Rule 9019

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/6/2025

/s/ Elaine D W Wise
Elaine D W Wise  0387871
Attorney for Debtor
Lamey Law Firm PA
980 Inwood Ave. N.
Oakdale, MN  55128
651 209 3550
ewise@lameylaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

LIFEBACK LAW FIRM PA

CASE NO: 24-60191 MER

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 2/6/2025, a copy of the following documents, described below,

Motion to Approve Settlement under Rule 9019

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/6/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Elaine D W Wise
Lamey Law Firm PA
980 Inwood Ave. N.
Oakdale, MN  55128

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-60191 MER
DISTRICT OF MINNESOTA
THU FEB 6 11-43-17 PST 2025

EXCLUDE

(U)3LM CAPITAL PARTNERS LLC

EXCLUDE

(U)HOGLUND MROZIK PLLC

EXCLUDE

LAMEY LAW FIRM PA
980 INWOOD AVE N
OAKDALE MN 55128-6625

DEBTOR

LIFEBACK LAW FIRM PA
13 7TH AVENUE SOUTH
SAINT CLOUD MN 56301-4259

EXCLUDE

FERGUS FALLS ST PAUL
200 WARREN E BURGER FEDERAL BUILDING AND
U S COURTHOUSE
316 N ROBERT ST
ST PAUL MN 55101-1495

2124 DUPONT LLC
CO MAVEN CRE
1 EAST 19TH STREET SUITE 200
MINNEAPOLIS MN 55403-3785

3LM CAPITAL PARTNERS LLC
733 THIRD AVENUESUITE 1900
NEW YORK NY 10017-3204

ALERT COMMUNICATIONS
3601 CALLE TECATE
SECOND FLOOR CAMARILLO
CAMARILLO CA 93012-5056

BANK OF AMERICA
PO BOX 982284
EL PASO TX 79998-2284

BERKLEY INSURANCE COMPANY
550 WEST JACKSON BLVD
SUITE 500
CHICAGO IL 60661-5781

CAMERON LAW OFFICE
5353 GAMBLE DRIVE
SUITE 300
MINNEAPOLIS MN 55416-1545

EXCLUDE

(U)CHRISTINA IRVING
CO MATTHEW TANDE ATTORNEY
443 OLD HIGHWAY 8 NW STE 208

CHRISTINA IRVING
CO MATTHEW TANDE ATTORNEY
443 OLD HIGHWAY 8 NW STE 208
NEW BRIGHTON MN 55112-3215

EXCLUDE

(U)CLIENTS

COMCAST
ATTN BANKRUPTCY
1701 JFK BOULEVARD
PHILADELPHIA PA 19103-2899

COMCAST BUSINESS SERVICES
ONE COMCAST CENTER
1701 JFK BLVD
PHILADELPHIA PA 19103-2899

INTERNATIONAL
COPYTRACK GMBH
SAARBRCKER STRAE 18
10405 BERLIN
GERMANY

DACBLD LLC (COMMONWEALTH)
374 SELBY AVENUE
SAINT PAUL MN 55102-1825

GORILLA WEBSTACTICS
3370 N HAYDEN RD 123660
SCOTTSDALE AZ 85251-6632

HANOVER INSURANCE GROUP
95 GLASTONBURY BLVD SUITE 400
GLASTONBURY CT 06033-4416

HIGBEE ASSOCIATES
80 SOUTH 8TH STREET STE 900
MINNEAPOLIS MN 55402-8773

HOGLUND CHWIALKOWSKI MROZIK
1781 WEST COUNTY ROAD B
PO BOX 130938
SAINT PAUL MN 55113-0019

IRS
PO BOX 932700
LOUISVILLE KY 40293-2700

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JALEN BURNS
1295 NORTHLAND DR STE 250
SAINT PAUL MN 55120-1373

JOHN AND ROBIN BISSETTE
1427 109TH AVE NW
COON RAPIDS MN 55433-4212

USPS FIRST CLASS MAILED RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

KAIN   HENEHAN
703 W SAINT GERMAIN
SAINT CLOUD MN 56301-3534

LAMEY LAW FIRM
980 INWOOD AVE N
SAINT PAUL MN 55128-6625

MARGARET HENEHAN
3703 34TH AVENUE SOUTH
MINNEAPOLIS MN 55406-2736

MARGARET HENEHAN
4509 28TH AVE S
MINNEAPOLIS  MN 55406-3722

MCDOWALL COMPANY
1431 PROSPER DR
WAITE PARK MN 56387-1891

METRO SALES
250 N RIVER RIDGE CIR STE 100
BURNSVILLE MN 55337-1612

METRO SALES  INC
1640 E 78TH STREET
MINNEAPOLIS MN 55423-4645

METRO SALES  INC
250 N RIVER RDG CIR  STE 100
BURNSVILLE MN 55337-1612

METRO SALES  INC
14091 BAXTER DR 116
BAXTER MN 56425-8703

METRO SALES  INC
2911 CLEARWATER ROAD
SAINT CLOUD MN 56301-6207

MINNESOTA DEPT OF REV
COLLECTION DIVISION
PO BOX 64564
SAINT PAUL MN 55164-0564

MARGARET HENEHAN
CO MATTHEW BURTON
MOSS  BARNETT
150 SOUTH FIFTH STREET  SUITE 1200
MINNEAPOLIS  MN 55402-4129

METRO SALES INC
250 N RIVER RIDGE CIRCLE
SUITE 100
BURNSVILLE  MN 55337-1612

PERRY  PERRY  PLLP
ATTN SHAWN M PERRY ESQ
1650 HIGHWAY 100 SOUTH STE 336
ST LOUIS PARK MN 55416

CANADA
PICRIGHTS INTERNATIONAL INC
HUDSON BAY CENTRE
2 BLOOR STREET EAST STE 3500
TORONTO ON M4W 1A8 CANADA

QUADIENT LEASING USA INC
478 WHEELERS FARMS ROAD
MILFORD CT 06461-9105

QUADIENT  INC
DEPT 3689
PO BOX 123689
DALLAS TX 75312-3689

EXCLUDE
(D)QUADIENT  INC
DEPT 3689
PO BOX 123689
DALLAS TX 75312-3689

REPUBLIC
700 40TH AVE NE
SAUK RAPIDS MN 56379-8607

REPUBLIC SERVICES
FOR AWS OF NORTH AMERICA  LLC
PO BOX 713502
CHICAGO IL 60677-0052

SPECTRUM
PO BOX 94188
PALATINE IL 60094-4188

(P)STERICYCLE  INC
2355 WAUKEGAN ROAD
BANNOCKBURN IL 60015-1503

TAFT  STETTINIUS  HOLLISTER  L
2200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS MN 55402-2157

TDS (PHONE)
PO BOX 94510
PALATINE IL 60094-4510

TECH VILLAGE  LLC
DBA EXECUTIVE SUITES  LLC
11 E SUPERIOR STREET STE 540
DULUTH MN 55802-2089

THE HANOVER INSURANCE GROUP
500 ENTERPRISE DR STE 4C
ROCKY HILL CT 06067-3913

THIRTEENSEVENTH LLP
13 7TH AVENUE SOUTH
SAINT CLOUD MN 56301-4259

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

US BANK
PO BOX 790448
SAINT LOUIS MO 63179-0448

EXCLUDE
(D)US BANK
PO BOX 790448
SAINT LOUIS MO 63179-0448

US BANK NA DBA US BANK EQUIPMENT
FINANCE
1310 MADRID STREET
MARSHALL  MN 56258-4099

UPTIME
7500 FLYING CLOUD DRIVE
SUITE 640
EDEN PRAIRIE MN 55344-3715

UPTIME LEGAL
7500 FLYING CLOUD DR STE 625
EDEN PRAIRIE MN 55344-3744

US ATTORNEY
600 US COURTHOUSE
300 S FOURTH ST
MINNEAPOLIS MN 55415-3070

EXCLUDE
US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS  MN 55415-3070

WESLEY W SCOTT
3663 74TH STREET SE
CLEAR LAKE MN 55319-9642

WILLIAM P KAIN
2003 PLEASANT AVENUE
SAINT CLOUD MN 56303-0224

WESLEY WILLIAM SCOTT
3663 74TH STREET SE
CLEAR LAKE  MN 55319-9642

JOHN D LAMEY III
LAMEY LAW FIRM  PA
980 INWOOD AVE N
OAKDALE  MN 55128-6625

MARGARET HENEHAN
CO MATTHEW R BURTON  MOSS  BARNETT
150 SOUTH FIFTH STREET  SUITE 1200
MINNEAPOLIS  MN 55402-4138

SAM V CALVERT
1011 2ND STREET N
STE 107
ST CLOUD  MN 56303-3237

EXCLUDE
STEVEN B NOSEK
STEVEN B NOSEK  PA
10285 YELLOW CIRCLE DRIVE
HOPKINS  MN 55343-9142

WILLIAM KAIN
CO MATTHEW R BURTON  MOSS  BARNETT
150 SOUTH FIFTH STREET  SUITE 1200
MINNEAPOLIS  MN 55402-4138