UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                    )                          Case No.:  24-60191
                                                          )
LifeBack Law Firm, P.A.,                                  )
                            Debtor.                       )

---

### Chapter 11 Subchapter V Trustee's Report of No Distribution

---

I, **Steven B. Nosek**, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $20,854.78.  A non-consensual plan was confirmed on October 2,2024.  No plan payments were made to the trustee.  The Court deemed the plan substantially consummated, and pursuant to 11 U.S.C. §330(a), as applicable, on:

1. June 27, 2024 (Doc. 83) the Court ordered compensation of $3,540.00 be awarded to the trustee;
2. August 1, 2024 (Doc. 109) the Court ordered compensation of $2,160.00 be awarded to the trustee;
3. August 27, 2024 (Doc. 126) the Court ordered compensation of $4,260.00 be awarded to the trustee;
4. October 1, 2024 (Doc. 148) the Court ordered compensation of $6,780.36 be awarded to the trustee;
5. November 19, 2024 (Doc. 171) the Court ordered compensation of $4,114.42 be awarded to the trustee.

These funds have been paid by the debtor to the trustee.   I hereby certify that my administration of the estate of the above-named debtor has been completed.  I request that I be discharged from any further duties as trustee.

Date: April 17, 2025.                    By:  /e/ Steven B. Nosek
                                                Steven B. Nosek, Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR F**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: | ) | Case No.:  24-60191 |
| | ) | |
| LifeBack Law Firm, P.A., | ) | |
| Debtor. | ) | |

_____

**Certificate of Service**

_____

I hereby certify that on **April 18, 2025**, I caused a copy of the **Chapter 11 Subchapter V Trustee's Report of No Distribution** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to all registered ECF recipients in this case.

Date: April 18, 2025.                    **STEVEN B. NOSEK, P.A.**

                     /s/ Steven B. Nosek
                    Steven B. Nosek, Trustee
                    Bar No.:  79960
                    10285 Yellow Circle Drive
                    Hopkins, MN 55343
                    (612) 335-9171
                    snosek@noseklawfirm.com

**UST Form 101-11(v)-NDR F**